[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15311
Non-Argument Calendar
_____

D.C. Docket No. 0:12-cr-60178-KMW-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK DWAYNE GREENE,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(March 12, 2021)

Before WILSON, ROSENBAUM, and LUCK, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Patrick Greene in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Greene has filed a responsive brief. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Greene's convictions and sentences are **AFFIRMED**.